NUMBER 13-01-002-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


THE ESTATE OF SYLVIA LEMIEUX, DECEASED

____________________________________________________________________


On appeal from the County Court at Law No. 1 

of Victoria County, Texas.

____________________________________________________________________


O P I N I O N


 Before Justices Dorsey, Yanez, and Rodriguez

Opinion Per Curiam



Appellant, Baptist Health System, d/b/a St. Luke's Baptist Hospital , perfected an appeal from a judgment entered by the
County Court at Law No. 1 of Victoria County, Texas, in cause number 1-13,413 . After the record and briefs were filed
and after the cause was submitted to the Court, the parties filed a joint motion to dismiss the appeal. In the motion, the
parties state they have reached an agreement to settle and compromise their differences in this matter. The parties request
that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of January, 2002 .